DAVID D. NAUSS, TRUSTEE, ET AL. *v.* ALEXANDER
H. PINKES, HEALTH DIRECTOR
BARBARA ESPOSITO, TRUSTEE *v.*
JOHN W. PHILLIPS, ET AL.

The petition by the plaintiff Barbara Esposito for certification for appeal from the Appellate Court, 2 Conn. App. 400, is denied.

*James T. Brennan,* in support of the petition.

Decided October 31, 1984

ALLIED PLYWOOD, INC. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF SOUTH WINDSOR

SAVIN BROTHERS, INC. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF SOUTH WINDSOR

The petition by the defendant in the second case for certification for appeal from the Appellate Court, 2 Conn. App. 506, is denied.

*Richard M. Rittenband,* in support of the petition.

*Yolanda Sefcik,* in opposition.

Decided October 31, 1984